242 So.2d 578

Dudley HOFFPAUIR

v.

CITY OF CROWLEY.

No. 51057.

Jan. 18, 1971.

 No error of law.

242 So.2d 578

UNITED GAS PIPE LINE COMPANY

v.

Howard SINGLETON et al.

No. 51064.

Jan. 18, 1971.

Under the facts found by the Court of Appeal, we find no error of Law.